Charles CRAFT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46086.

Missouri Court of Appeals, Western District.

Jan. 5, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 2, 1993.

Application to Transfer Denied May 25, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of Rule 29.15 motion for postconviction relief on basis of escape rule.

Judgment of dismissal is affirmed. Rule 84.16(b).